**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



| | | |
|---|---|---|
| In Re: | Timothy Bartley<br>Debtor | Case No.: 17–35668<br>Chapter: 13 |

ENTERED
12/18/2017

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

Confirmation of the Debtor's Proposed Chapter 13 Plan is denied.

Signed and Entered on Docket: 12/18/17

JEFF BOHM
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 17-35668-jb
Timothy Bartley                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4            User: admin              Page 1 of 1              Date Rcvd: Dec 18, 2017
                                Form ID: confdnI        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
db              Timothy Bartley,    22519 Round Valley Dr,    Katy, TX  77450-4419
10068249        Crosland Law Firm,    1848 Norwood Plz Ste 205b,    Hurst, TX 76054-3752
10068250        EOS CCA,    Po Box 981008,    Boston, MA 02298-1008
10068252       ++STELLAR RECOVERY INC,    PO BOX 48370,    JACKSONVILLE FL 32247-8370
               (address filed with court:  Stellar Recovery, Inc.,    1327 Us Highway 2 W,
                 Kalispell, MT 59901-3413)
10068251        Seth Crosland,    1848 Norwood Plz Ste 205b,    Hurst, TX 76054-3752
10068254       ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo,    8480 Stagecoach Cir,    Frederick, MD 21701-4747)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10072175        E-mail/Text: cio.bncmail@irs.gov Dec 18 2017 21:05:28     INTERNAL REVENUE SERVICE,
                 P O Box 7346,    Philadelphia PA 19101-7346
10068253        E-mail/Text: txulec09@vistraenergy.com Dec 18 2017 21:06:58     TXU Energy,
                 200 W John Carpenter Fwy,    Irving, TX 75039-2003
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:
              Crosland  Seth    on behalf of Debtor Timothy  Bartley seth@croslandlawfirm.com
              David G Peake    court@peakech13trustee.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                             TOTAL: 3