UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Timothy Bartley

Debtor

Case No.: 17–35668

Chapter: 13

ENTERED
12/18/2017

## ORDER OF DISMISSAL

On the chapter 13 trustee's motion, this case is dismissed. The Court's reasons for dismissal were stated on the record in open court.

The deadline for filing an application for an administrative expense in this case is set at 21 days following entry of this Order. The deadline for filing a motion for allowance of a claim arising under §507(b) in this case is also set at 21 days following entry of this order.

If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under §503, if the new application only seeks allowance of the same professional fees and expenses previously requested.

This order terminates orders to the Debtor(s)' employer that require payments to the chapter 13 trustee.

Signed and Entered on Docket: 12/18/17

JEFF BOHM
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                    Case No. 17-35668-jb
Timothy Bartley                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: admin                Page 1 of 1              Date Rcvd: Dec 18, 2017
                              Form ID: dsmwopI           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
```
db              Timothy Bartley,    22519 Round Valley Dr,    Katy, TX  77450-4419
10068249        Crosland Law Firm,    1848 Norwood Plz Ste 205b,    Hurst, TX 76054-3752
10068250        EOS CCA,    Po Box 981008,    Boston, MA 02298-1008
10068252       ++STELLAR RECOVERY INC,    PO BOX 48370,    JACKSONVILLE FL 32247-8370
               (address filed with court:   Stellar Recovery, Inc.,     1327 Us Highway 2 W,
                 Kalispell, MT 59901-3413)
10068251        Seth Crosland,    1848 Norwood Plz Ste 205b,    Hurst, TX 76054-3752
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10072175        EDI: IRS.COM Dec 18 2017 20:38:00      INTERNAL REVENUE SERVICE,    P O Box 7346,
                 Philadelphia PA 19101-7346
10068253        E-mail/Text: txulec09@vistraenergy.com Dec 18 2017 21:06:58      TXU Energy,
                 200 W John Carpenter Fwy,    Irving, TX 75039-2003
10068254        EDI: WFFC.COM Dec 18 2017 20:38:00      Wells Fargo,    8480 Stagecoach Cir,
                 Frederick, MD 21701-4747
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:
```
              Crosland   Seth    on behalf of Debtor Timothy  Bartley seth@croslandlawfirm.com
              David G Peake    court@peakech13trustee.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                              TOTAL: 3
```