UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Timothy Bartley

**Debtor(s)**

Case No.: 17–35668

Chapter: 13

ENTERED
04/19/2018

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/19/18

_____
JEFF BOHM
United States Bankruptcy Judge